NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**CHINA FIRST PENCIL CO., LTD.,
SHANGHAI THREE STAR STATIONERY
INDUSTRY CO., LTD., AND SHANGHAI FOREIGN
TRADE CORP.,**
*Plaintiffs-Appellees,*

**and**

**SHANDONG RONGXIN IMPORT & EXPORT CO.,
LTD.,**
*Plaintiff,*

**v.**

**UNITED STATES,**
*Defendant-Appellee,*

**and**

**SANFORD, L.P. AND MUSGRAVE PENCIL CO., INC.,**
*Defendants-Appellants.*

---

2011-1237

---

Appeal from the United States Court of International Trade in case no. 09-CV-0325, Judge Gregory W. Carman.

---

## ON MOTION

## ORDER

The United States moves for a 21-day extension of time, until May 31, 2011, for the appellants to file their principal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**MAY 0 9 2011**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Francis J. Sailer, Esq.
    George W. Thompson, Esq.
    Carrie A. Dunsmore, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 0 9 2011

JAN HORBALY
CLERK